**Millard RICE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 4, 1957.

Harvey Parker, Jr., Vanceburg, for appellant.

Jo M. Ferguson, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Greenup Circuit Court. Jim Sowards, Judge.

We are affirming the judgment in this case imposing a fine of $100 on the appellant and sentencing him to 60 days in jail for possessing alcoholic beverages in Local Option Territory for the purpose of sale because we do not think the appellant's substantial rights were prejudiced by the closing argument of the Commonwealth's Attorney.

The motion for an appeal is overruled, and the judgment is affirmed.